

SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
NICHOLAS D. DICKINSON
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6175; Fax: (702) 388-6787
Nicholas.Dickinson@usdoj.gov

GUSTAV W. EYLER
Director
CLINT NARVER
Assistant Director
NATALIE SANDERS
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
PO Box 386
Washington, DC 20044
Tel: (202) 598-8056; Fax: (202) 514-8742
Clint.L.Narver@usdoj.gov

*Attorneys for the United States of America*

FILED
ENTERED

FEB - 5 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-cr-00020-JAD-BNW |
| Plaintiff, | **(Under Seal)** |
| v. | **UNOPPOSED MOTION TO UNSEAL CASE** |
| FRESENIUS KABI ONCOLOGY LIMITED, | |
| Defendant. | |

The United States of America respectfully moves to unseal this case.

Dated this 5th day of February, 2021.

NICHOLAS TRUTANICH
United States Attorney

/s/ Nicholas D. Dickinson

NICHOLAS D. DICKINSON
Assistant U.S. Attorney

IT IS SO ORDERED:  _____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

DATED:  _____