**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR WAITE, ESQ.
Nevada Bar # 13779
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendant,*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| United States of America, | Case No. 2:21-cr-00020-JAD-BNW |
|---|---|
| Plaintiff, | ECF No. 5 |
| v. | |
| Fresenius Kabi Oncology Limited, | |
| Defendant. | |

## ORDER GRANTING UNOPPOSED MOTION TO WAIVE PRESENTENCE INVESTIGATION AND TO SCHEDULE THE SENTENCING HEARING IMMEDIATELY FOLLOWING THE PLEA HEARING

This matter is before the Court on the Unopposed Motion of Defendant Fresenius Kabi Oncology Limited ("FKOL") to Waive Presentence Investigation and To Schedule the Sentencing Hearing Immediately Following the Plea Hearing. The Court having carefully considered the Motion and the record, the Court finds that there is sufficient evidence in the record to support this Motion and to allow the Court to proceed to sentencing without a Presentence Report pursuant to Federal Rule of Criminal Procedure 32(c)(1)(A)(ii).

///

1    KRB/27051

The plea hearing on this matter is set for March 23, 2021, at 10:00 a.m. Sentencing hearing to immediately follow.

**IT SO ORDERED**.

DATED: March 23, 2021.

_____
Jennifer A. Dorsey
United States District Judge

N:\CLIENTS\27000\27051\pleading\Proposed order re Motion to waive.doc

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

2                               KRB/27051