# EXHIBIT D


**FRESENIUS KABI**

**Fresenius Kabi Oncology Limited**
Echelon Institutional Area, Plot No. 11,
Sector-32, Gurugram - 122 001,
Haryana, India.
T+91 124 488 5000, +91 124 332 5000
F+91 124 488 5003
www.fresenius-kabi-oncology.com

**CERTIFIED TRUE COPY OF THE RESOLUTION PASSED BY THE BOARD OF DIRECTORS OF FRESENIUS KABI ONCOLOGY LIMITED IN ITS MEETING (NO. 2/2020-21) HELD ON TUESDAY, SEPTEMBER 29, 2020 AT 12:30 HOURS AT BOARD ROOM, 1ST FLOOR, FRESENIUS KABI ONCOLOGY LTD, ECHELON INSTITUTIONAL AREA, PLOT NO. - 11, SECTOR - 32, GURUGRAM - 122001, HARYANA, INDIA**

**"RESOLVED THAT** the consent of the Board be and is hereby accorded to plead guilty to the information and enter into Plea Agreement, draft of which was placed before the Board, be and is hereby approved.

**RESOLVED FURTHER THAT** Mr. Arvind Kumar Sharma, Managing Director be and is hereby authorized on behalf of the Company to sign and execute said Plea Agreement including other related documents and to do the following:

1. to review the Plea Agreement and the Information in this case;
2. to appoint and consult the legal counsel in this matter;
3. to represent that the Plea Agreement, including the Statement of Facts and the Compliance and Ethics Addendum fully sets forth the agreements made between FKOL and the United States;
4. to sign and execute any amendment, if required, to the aforesaid agreement and documents;
5. to do all such other acts, deeds, matters and things, which are necessary or incidental to give effect to the above.

**RESOLVED FURTHER THAT** the above mentioned authorised signatory, be and hereby authorised to sub-delegate the aforesaid powers and responsibilities granted to him to any of the official(s)/ representative of the Company by way of written authorization duly signed by him and such acts by the said sub delegatee(s) shall be binding upon the Company.

**RESOLVED FURTHER THAT** a certified true copy of this resolution duly signed by any of the Director or Company Secretary of the Company be furnished to United States Department of Justice (DOJ) as and when required."

**For Fresenius Kabi Oncology Limited**

**Arvind Kumar Sharma**
**Managing Director**

Date: January 15, 2021

Corporate Identity Number : U24231DL2003PLC119441
Registered Office: B - 310, Som Datt Chambers - 1, Bhikaji Cama Place, New Delhi - 110066